FILED
03/13/2026
*Amy McGhee*
CLERK
Missoula County District Court
STATE OF MONTANA
By: Corrine Wenborg
DV-32-2026-0000254-OC
Marks, Jason
9.00

### IN THE MONTANA FOURTH JUDICIAL DISTRICT COURT, MISSOULA COUNTY

| | |
|---|---|
| ZOE JOHNSON AND ANNETTE CLAFLIN, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>STATE OF MONTANA and the MONTANA DEPARTMENT OF PUBLIC HEALTH AND HUMAN SERVICES,<br><br>*Defendants*. | Cause No.: DV-32-2026-254<br><br><br>**ORDER APPOINTING INTERIM CLASS COUNSEL** |

Plaintiffs, having moved the Court pursuant to Mont. R. Civ. P. 23(g)(3) to have their counsel appointed as Interim Class Counsel in this matter, and good cause appearing therefrom,

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED and the Court appoints Raph Graybill, Molly Danahy, and Andres Haladay as Interim Class Counsel to act on behalf of the proposed class.

Interim Class Counsel will have sole authority over all matters concerning the prosecution of this litigation on behalf of Plaintiffs and the proposed class, and will assume sole responsibility for the following duties (among others) during all phases of this litigation:

1. Coordinating the work of preparing and presenting the proposed class's claims.

2. Determining and presenting the positions of the proposed class during this litigation.

3. Acting as spokespersons for all communications between Defendant and the proposed class.

4. Initiating and entering into settlement discussions/negotiations.

5. Conducting discovery and otherwise litigating this matter to resolution.

ELECTRONICALLY SIGNED AND DATED BELOW.

Electronically Signed By:
Hon. Judge Jason Marks
Fri, Mar 13 2026 10:16:09 AM