Matthew B. Hayhurst
Thomas J. Leonard
BOONE KARLBERG P.C.
201 West Main, Suite 300
P.O. Box 9199
Missoula, MT 59807-9199
Telephone: (406) 543-6646
mhayhurst@boonekarlberg.com
tleonard@boonekarlberg.com

Philip J. Peisch (*Pro Hac Vice* pending)
Kendra Doty (*Pro Hac Vice* pending)
Abigail Holisher (*Pro Hac Vice* pending)
BROWN & PEISCH
1220 19th St. NW
Washington, DC 20036
Telephone: (202) 499-4261
ppeisch@brownandpeisch.com
kdoty@brownandpeisch.com
aholisher@brownandpeisch.com

*Attorneys for Defendants State of Montana and Montana
Department of Public Health and Human Services*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ZOE JOHNSON; ANNETTE CLAFLIN; for themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>STATE OF MONTANA; MONTANA DEPARTMENT OF PUBLIC HEALTH AND HUMAN SERVICES<br><br>    Defendants. | Cause No. 9:26-cv-00071-KLD<br><br>**DEFENDANTS' MOTION TO DISMISS** |

Defendants State of Montana and Department of Public Health and Human Services (collectively, "State") move the Court, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1), for a dismissal of this action.  The reasons supporting dismissal are set forth in a brief filed contemporaneously herewith.

DATED: May 21, 2026

                           BOONE KARLBERG P.C.

                           /s/ Thomas J. Leonard
                           Thomas J. Leonard
                           *Attorneys for Defendants State of Montana and Montana Department of Public Health and Human Services*