Matthew B. Hayhurst
Thomas J. Leonard
BOONE KARLBERG P.C.
201 West Main, Suite 300
P.O. Box 9199
Missoula, MT 59807-9199
Telephone: (406) 543-6646
mhayhurst@boonekarlberg.com
tleonard@boonekarlberg.com

Philip J. Peisch (*Pro Hac Vice* pending)
Kendra Doty (*Pro Hac Vice* pending)
Abigail Holisher (*Pro Hac Vice* pending)
BROWN & PEISCH
1220 19th St. NW
Washington, DC 20036
Telephone: (202) 499-4261
ppeisch@brownandpeisch.com
kdoty@brownandpeisch.com
aholisher@brownandpeisch.com

*Attorneys for Defendants State of Montana and Montana*
*Department of Public Health and Human Services*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ZOE JOHNSON; ANNETTE CLAFLIN; for themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>        v.<br><br>STATE OF MONTANA; MONTANA DEPARTMENT OF PUBLIC HEALTH AND HUMAN SERVICES<br><br>                    Defendants. | Cause No. 9:26-cv-00071-KLD<br><br><br>**MOTION FOR *PRO HAC VICE* ADMISSION OF ABIGAIL HOLISHER** |

Pursuant to Local Rule 83.1(d) of the United States District Court for the

District of Montana, Thomas J. Leonard respectfully moves the Court for the

admission *pro hac vice* of attorney Abigail Holisher, BROWN & PEISCH, PLLC,

1220 19th Street, NW, Washington, DC 20036, for the purposes of this action.

The Declaration attached to this motion sets forth the merits of the motion

pursuant to Local Rule 83.1(d)(4).  Ms. Holisher is an active member in good

standing of the courts set forth in her Declaration, is of good moral character, and

has been retained to appear in this Court on behalf of Defendants.

Furthermore, pursuant to Local Rule 83.1(d)(3), Ms. Holisher has obtained

the written consent of the undersigned local counsel with whom the Court and

opposing counsel may readily communicate regarding the conduct of the case,

upon whom documents will be served, and who will be responsible to participate

as required under Local Rule 83.1(d)(7).

WHEREFORE, Defendants respectfully request that the Court grant its

Motion for *Pro Hac Vice* Admission of Abigail Holisher and allow Ms. Holisher to

participate as counsel for Defendants in this matter.  A Proposed Order is attached.

DATED: May 21, 2026

BOONE KARLBERG P.C.

/s/ Thomas J. Leonard
Thomas J. Leonard
*Attorneys for Defendants State of Montana
and Montana Department of Public Health
and Human Services*

2

## <u>CONSENT</u>

Pursuant to Local Rule 83.l(d)(3), Thomas J. Leonard of Boone Karlberg P.C., 201 W. Main Street, Suite 300, P.O. Box 9199, Missoula, Montana 59807-9199, 406-543-6646, certifies that he is a member in good standing of the State Bar of Montana, and hereby consents to being associated as attorney of record in the above-referenced case, and with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom papers shall be served, and who will be responsible to participate as required under Local Rule 83.1(d)(7).

DATED:  May 21, 2026

BOONE KARLBERG P.C.

Thomas J. Leonard

3