IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ZOE JOHNSON; ANNETTE CLAFLIN; for themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF MONTANA; MONTANA DEPARTMENT OF PUBLIC HEALTH AND HUMAN SERVICES <br><br> Defendants. | Cause No. 9:26-cv-00071-KLD <br><br><br> **ORDER FOR *PRO HAC VICE* ADMISSION OF ABIGAIL HOLISHER** |

Defendants have moved for the admission of Abigail Holisher to practice before this Court in this case with Matthew B. Hayhurst and Tom J. Leonard to act as local counsel.  Ms. Holisher's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Ms. Holisher *pro hac vice* is GRANTED, subject to the following conditions:

Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

1.     Abigail Holisher must do her own work.  She must do her own writing, sign her own pleadings, motions, briefs and other documents served or filed by her, and, if designated, co-lead counsel must appear and participate personally in all proceedings before the Court;

2.      The Applicant Attorney shall take steps to register in the Court's

electronic filing system ("CM-ECF"). Further information is available on the

Court's website, www.mtd.uscourts.gov.

3.      Local counsel shall also sign all such pleadings, motions and briefs

and other documents served or filed; and

4.      Admission is personal to Abigail Holisher.

5.      Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED** that:

Abigail Holisher shall file, within fifteen (15) days from the date of this

Order, an acknowledgement and acceptance of her admission under the terms set

forth above.

DATED this _____day of_____, 2026.


_____
Kathleen L. DeSoto, District Judge
United States District Court

2