Matthew B. Hayhurst
Thomas J. Leonard
BOONE KARLBERG P.C.
201 West Main, Suite 300
P.O. Box 9199
Missoula, MT 59807-9199
Telephone: (406) 543-6646
mhayhurst@boonekarlberg.com
tleonard@boonekarlberg.com

Philip J. Peisch (*Pro Hac Vice* pending)
Kendra Doty (*Pro Hac Vice* pending)
Abigail Holisher (*Pro Hac Vice* pending)
BROWN & PEISCH
1220 19th St. NW
Washington, DC 20036
Telephone: (202) 499-4261
ppeisch@brownandpeisch.com
kdoty@brownandpeisch.com
aholisher@brownandpeisch.com

*Attorneys for Defendants State of Montana and Montana
Department of Public Health and Human Services*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ZOE JOHNSON; ANNETTE CLAFLIN; for themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF MONTANA; MONTANA DEPARTMENT OF PUBLIC HEALTH AND HUMAN SERVICES<br><br>Defendants. | Cause No. 9:26-cv-00071-KLD<br><br>**MOTION FOR *PRO HAC VICE* ADMISSION OF PHILIP J. PEISCH** |

Pursuant to Local Rule 83.1(d) of the United States District Court for the District of Montana, Thomas J. Leonard respectfully moves the Court for the admission *pro hac vice* of attorney Philip Peisch , Brown & Peisch, PLLC, 1220 19th Street, NW, Washington, DC 20036, for the purposes of this action.

The Declaration attached to this motion sets forth the merits of the motion pursuant to Local Rule 83.1(d)(4).  Mr. Peisch is an active member in good standing of the courts set forth in his Declaration, is of good moral character, and has been retained to appear in this Court on behalf of Defendants.

Furthermore, pursuant to Local Rule 83.1(d)(3), Mr. Peisch has obtained the written consent of the undersigned local counsel with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom documents will be served, and who will be responsible to participate as required under Local Rule 83.1(d)(7).

WHEREFORE, Defendants respectfully request that the Court grant its Motion for *Pro Hac Vice* Admission of Philip Peisch and allow Mr. Peisch to participate as counsel for Defendants in this matter.  A Proposed Order is attached.

DATED: May 21, 2026

BOONE KARLBERG P.C.

/s/ Thomas J. Leonard
Thomas J. Leonard
*Attorneys for Defendants State of Montana and Montana Department of Public Health and Human Services*

2

## <u>CONSENT</u>

Pursuant to Local Rule 83.l(d)(3), Thomas J. Leonard of Boone Karlberg P.C., 201 W. Main Street, Suite 300, P.O. Box 9199, Missoula, Montana 59807-9199, 406-543-6646, certifies that he is a member in good standing of the State Bar of Montana, and hereby consents to being associated as attorney of record in the above-referenced case, and with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom papers shall be served, and who will be responsible to participate as required under Local Rule 83.1(d)(7).

DATED:  May 21, 2026

BOONE KARLBERG P.C.

Thomas J. Leonard

3