Matthew B. Hayhurst
Thomas J. Leonard
BOONE KARLBERG P.C.
201 West Main St., Suite 300
P.O. Box 9199
Missoula, MT 59807
Telephone: (406) 543-6646
Facsimile:  (406) 549-6804
mhayhurst@boonekarlberg.com
tleonard@boonekarlberg.com

Philip J. Peisch *(PHV pending)*
Kendra Doty *(PHV pending)*
Abigail Holisher *(PHV pending)*
BROWN & PEISCH, PLLC
1220 19th Street NW
Washington, DC 20036
Telephone: (202) 499-4258
ppeisch@brownandpeisch.com
kdoty@brownandpeisch.com
aholisher@brownandpeisch.com

*Attorneys for Defendants State of Montana and Montana
Department of Public Health and Human Services*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| ZOE JOHNSON; ANNETTE CLAFLIN; for themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF MONTANA; MONTANA DEPARTMENT OF PUBLIC HEALTH AND HUMAN SERVICES<br><br>Defendants. | Case No. 9:26-cv-00071-KLD<br><br>**DECLARATION OF PHILIP J. PEISCH IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION** |

I, Philip J. Peisch, state as follows:

1. I, by and through Montana counsel and pursuant to Rule 83.1(d) of the Local Rules of Procedure of the United States District Court for the District of Montana, respectfully apply to the Court to appear in this case *pro hac vice* on behalf of Defendants.

2. I do not reside in Montana, nor am I regularly employed in Montana. I reside in Maryland and have my office at Brown & Peisch PLLC, 1220 19th Street NW, Washington, DC 20036; Phone: (202) 449-4258; Email: ppeisch@brownandpeisch.com.

3. I will pay, simultaneously with filing this application, the admission fee shown on the Court's website.

4. I am proficient in electronic filing in another federal district court.

5. I have been admitted to practice before the following courts:

| Court | Date of Admission |
|---|---|
| U.S. Supreme Court | 1/13/2020 |
| U.S. Court of Appeals for the Fourth Circuit | 5/27/2010 |
| U.S. Court of Appeals for the Second Circuit | 10/4/2012 |
| U.S. Court of Appeals for the Federal Circuit | 3/16/2017 |
| U.S. Court of Appeals for the District of Columbia Circuit | 9/22/2021 |

2

| | |
|---|---|
| U.S. Court of Appeals for the First Circuit | 12/4/2023 |
| U.S. District Court for the District of Maryland | 5/27/2010 |
| U.S. District Court for the District of Columbia | 9/14/2015 |
| U.S. Court of Federal Claims | 3/21/2016 |
| U.S. District Court for the Southern District of West Virginia | 1/29/2020 |
| U.S. District Court for the District of North Dakota | 3/28/2023 |
| U.S. District Court for the Middle District of Tennessee | 8/29/2025 |

My admission to these courts has not been terminated.

6. I am in good standing and eligible to practice in each of the courts listed above and am not currently suspended or disbarred in any other court.

7. I have never been held in contempt, otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Federal Rules of Civil Procedure 11 or 37(b), (c), (d), or (f) or their state equivalent.

8. I am not currently making, nor have I made within the two years preceding this application, any *pro hac vice* applications to the Court.

3

9. I understand that *pro hac vice* admission in this Court is personal to me only and not admission of a law firm and that I will be held fully accountable for the conduct of the litigation in this Court.

10. In accordance with Montana Rule of Professional Conduct 8.5, I swear and affirm that I will be bound by the Montana Rules of Professional Conduct (except Rules 6.1 through 6.4) in my practice of law in this State.

Furthermore, I understand and certify that I will be subject to the disciplinary authority of this State. A copy of this certification will be mailed contemporaneously to the State Bar of Montana in Helena. Furthermore, pursuant to Local Rule 83.2(a), I understand that the standards of professional conduct of attorneys appearing in this Court include the American Bar Association's Model Rules of Professional Conduct and the Montana Rules of Professional Conduct.

11. I swear and affirm under penalty of perjury that I am the Applicant in the above-styled matter; that I have read the foregoing application and know the contents thereof; and that the contents are true to my knowledge.

Executed this 15 day of May, 2026, in Washington, DC.

/s/ Philip J. Peisch

Philip J. Peisch

4