IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ZOE JOHNSON; ANNETTE CLAFLIN; for themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>   v.<br><br>STATE OF MONTANA; MONTANA DEPARTMENT OF PUBLIC HEALTH AND HUMAN SERVICES<br><br>         Defendants. | Cause No. 9:26-cv-00071-KLD<br><br><br>**ORDER FOR *PRO HAC VICE* ADMISSION OF PHILIP J. PEISCH** |

Defendants have moved for the admission of Philip J. Peisch to practice before this Court in this case with Matthew B. Hayhurst and Tom J. Leonard to act as local counsel.  Mr. Peisch's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Mr. Peisch *pro hac vice* is GRANTED, subject to the following conditions:

Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

1.     Philip J. Peisch must do his own work.  He must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and, if designated, co-lead counsel must appear and participate personally in all proceedings before the Court;

2.    The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

3.    Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

4.    Admission is personal to Philip J. Peisch.

5.    Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED** that:

Philip J. Peisch shall file, within fifteen (15) days from the date of this Order, an acknowledgement and acceptance of his admission under the terms set forth above.

DATED this _____day of_____, 2026.

_____
Kathleen L. DeSoto, District Judge
United States District Court