IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ZOE JOHNSON, ANNETTE CLAFLIN, for themselves and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF MONTANA, MONTANA DEPARTMENT OF PUBLIC HEALTH AND HUMAN SERVICES,<br><br>    Defendants. | CV 26-71-M-KLD<br><br><br>**ORDER** |

Defendants have moved for an order allowing Abigail Holisher to appear *pro hac vice* in this case with Matthew B. Hayhurst and Tom J. Leonard designated as local counsel. (Doc. 10.) The application of Ms. Holisher appears to be in compliance with L.R. 83.1(d). Accordingly,

**IT IS ORDERED:**

Defendants' motion to allow Ms. Holisher to appear in this Court (Doc. 10) is **GRANTED**, subject to the following conditions:

1.    Local Counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2.    Ms. Holisher must do her own work. She must do her own writing, sign her own pleadings, motions, briefs, and, if designated co-lead counsel, must

appear and participate personally in all proceedings before the Court;

3.    Admission is personal to Ms. Holisher, not the law firm she works for;

4.    Ms. Holisher shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov;

5.    Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

6.    Local counsel will provide a copy of this order to *pro hac* counsel.

**IT IS FURTHER ORDERED:**

Ms. Holisher must file, within fifteen (15) days from the date of this Order, an acknowledgment an acceptance of her admission under the terms set forth above.

DATED this 26th day of May, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge