Matthew B. Hayhurst
Thomas J. Leonard
BOONE KARLBERG P.C.
201 West Main St., Suite 300
P.O. Box 9199
Missoula, MT 59807
Telephone: (406) 543-6646
Facsimile:  (406) 549-6804
mhayhurst@boonekarlberg.com
tleonard@boonekarlberg.com

Philip J. Peisch, *pro hac vice*
Kendra Doty, *pro hac vice*
Abigail Holisher, *pro hac vice*
BROWN & PEISCH, PLLC
1220 19th Street NW
Washington, DC 20036
Telephone: (202) 499-4258
ppeisch@brownandpeisch.com
kdoty@brownandpeisch.com
aholisher@brownandpeisch.com

*Attorneys for Defendants State of Montana and Montana
Department of Public Health and Human Services*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| ZOE JOHNSON; ANNETTE CLAFLIN; for themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF MONTANA; MONTANA DEPARTMENT OF PUBLIC HEALTH AND HUMAN SERVICES<br><br>Defendants. | Case No. 9:26-cv-00071-KLD<br><br>**ACKNOWLEDGEMENT OF *PRO HAC VICE* ORDER (PHILIP PEISCH)** |

Pursuant to the Court's Order of May 26, 2026 (ECF 14), granting the

motion for admission of Philip Peisch to appear *pro hac vice* on behalf of

Defendants State of Montana and Montana Department of Public Health and

1

Human Services, I, Philip Peisch, hereby acknowledge receipt of the Court's Order setting forth the terms of my admission *pro hac vice* and I agree to comply with the terms thereof.

DATED: May 29, 2026

Respectfully submitted,

By: /s/ Philip J. Peisch
Philip J. Peisch
Brown & Peisch PLLC
1220 19th St. NW, Suite 210
Washington, DC 20036
ppeisch@brownandpeisch.com

**CERTIFICATE OF SERVICE**

I, Philip Peisch, hereby certify that I caused a true and correct copy of the foregoing to be filed through the ECF system and served electronically on the registered participants as identified on the Notice of Electronic Filing.

May 29, 2026

/s/ Philip J. Peisch
Philip J. Peisch