Raph Graybill
Rachel Parker
GRAYBILL LAW FIRM, PC
300 4th Street North
PO Box 3586
Great Falls, MT 59403
(406) 452-8566
raph@graybilllawfirm.com
rachel@graybilllawfirm.com

Molly E. Danahy
Andres Haladay
UPPER SEVEN LAW
P.O. Box 31
Helena, MT 59624
(406) 998-6067
molly@uppersevenlaw.com
andres@uppersevenlaw.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ZOE JOHNSON AND ANNETTE CLAFLIN, on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> STATE OF MONTANA and the MONTANA DEPARTMENT OF PUBLIC HEALTH AND HUMAN SERVICES, <br><br> *Defendants*. | Cause No. 9:26-cv-00071-DLC <br><br> **PLAINTIFFS' MOTION TO REMAND** |

Plaintiffs respectfully move this Court to remand the above-captioned case to the Montana Fourth Judicial District Court, Missoula County, pursuant to 28 U.S.C. § 1447(c).  The basis for this motion is fully set forth in the accompanying Brief in Support of Plaintiffs' Motion to Remand.

Counsel for Plaintiffs contacted counsel for Defendants.  Defendants oppose.

Respectfully submitted this 11th day of June, 2026.

/s/ Raph Graybill
GRAYBILL LAW FIRM, PC
300 4th Street North
PO Box 3586
Great Falls, MT 59403
(406) 452-8566
raph@graybilllawfirm.com

/s/ Andres Haladay
UPPER SEVEN LAW
P.O. Box 31
Helena, MT 59624
(406) 998-6067
andres@uppersevenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2026, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel.

/s/ Raph Graybill
Raph Graybill

2