IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ZOE JOHNSON and ANNETTE CLAFLIN,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF MONTANA and MONTANA DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendants. | CV 26–71–M–DLC<br><br><br>ORDER |

On March 3, 2026, Plaintiffs Zoe Johnson and Annette Claflin, on behalf of themselves and all others similarly situated (collectively "Plaintiffs"), sued Defendants State of Montana and Montana Department of Health and Human Services (collectively, "Montana") in state court, alleging Montana was negligent and violated the Montana Constitution when it disenrolled tens of thousands of Montanans from the Medicaid program. (Doc. 4.) On May 14, 2026, the case was removed to this Court, (Doc. 1), and on May 21, 2026, Montana moved to dismiss for lack of jurisdiction under Federal Rule of Civil Procedure 12(b)(1) and failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). (Doc. 7.) On June 11, 2026, Plaintiffs filed an Amended Complaint, (Doc. 20), and a motion to

remand, (Doc. 21). Because "an amended pleading supersedes the original pleading," *Koala v. Khosla*, 931 F.3d 887, 895 (9th Cir. 2019),

IT IS ORDERED that Montana's motion to dismiss (Doc. 7) is DENIED as MOOT. Montana must answer or otherwise respond to the Amended Complaint by the deadline provided for in Rule 12(a). Plaintiffs' motion to remand (Doc. 21) will be addressed after it has been fully briefed.

DATED this 15th day of June, 2026.

Dana L. Christensen, District Judge
United States District Court