# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| ZOE JOHNSON and ANNETTE CLAFLIN,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF MONTANA and MONTANA DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendants. | CV 26–71–M–DLC<br><br><br>ORDER |

Before the Court is Defendants' unopposed motion for a two-week extension of the deadline to respond to Plaintiffs' Motion for Remand, (Doc. 21), and to respond to Plaintiffs' Amended Complaint, (Doc. 20). (Doc. 24.)

IT IS ORDERED that the motion, (Doc. 24), is GRANTED. Defendants shall file their response to Plaintiffs' Motion for Remand, (Doc. 21.), and file their answer or otherwise respond to Plaintiffs' Amended Complaint, (Doc. 20), on or before July 9, 2026.

1

DATED this 17th day of June, 2026.

Dana L. Christensen, District Judge
United States District Court